### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BONNIDE JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0869-CG-C |
| RICHARD ALLEN, et al., | : | |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on plaintiff's copy of the Court's order entered March 19, 2008 (Doc. 42) which was returned to the Court with the notation "refused to claim 3/26/08 returning" on the envelope. (Doc. 44). The March 19, 2008 order directed the Clerk to re-send Chief Judge Granade's prior order dated January 4, 2008 (Doc. 38) to plaintiff because plaintiff's copy of the January 4, 2008 had been returned to the Court with the notation "1-14-8 refused to claim." (Doc. 39).

Between the Court's entry of the two orders, the one of January 4, 2008 and the other of March 19, 2008, the Court entered an order March 12, 2008 ordering plaintiff to inform the Court, in writing, if he still wanted to proceed with the litigation of this action. (Doc. 40). Plaintiff received his copy of the March 12, 2008 order and filed his response,

i.e. his motion to continue litigation. (Doc. 41). In his response plaintiff denies having refused to receive a copy of the Court's order dated January 14, 2008, and stated that he had not been informed by officials that such an order had arrived. (Doc. 41). However, after plaintiff indicates to the Court that he wants to continue the litigation of this action, he then apparently refused to accept his copy of the Court's March 19, 2008 order. (Doc. 42 & 44).[1]

The Court needs to clarify this situation before this action proceeds. Therefore, counsel for defendants is **ORDERED** on or before **April 18, 2008** to advise the Court, in writing, as to the facts surrounding plaintiff's refusal to accept the Court's orders of January 4, 2008 and March 19, 2008

**DONE** this 7th day of April, 2008.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court is aware that plaintiff also filed a motion to voluntarily dismiss this action (Doc. 33), but then withdrew it (Doc. 35).